**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**MEMO ENDORSED**

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

December 28, 2023

Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 12/28/23

Re:   *USA v. Tevin Mackey,* 17 Cr. 52 (CS)
      Letter Motion for Re-Appointment *Nunc Pro Tunc*

Dear Judge Seibel:

    I represent defendant Tevin Mackey pursuant to CJA in the above matter which represents his second Violation of Supervised Release. The case was resolved on November 8, 2023 with an admission. Sentence was imposed and Judgment was entered on November 13, 2023 (ECF Doc No. 37). In billing for the case, I thought that I could submit a supplemental voucher from my first VOSR representation, but CJA informs me my assumption was not correct.

    I therefore write to request that the Court re-appoint me to this second VOSR matter *nunc pro tunc* to September 23, 2021. ⟩ ✱

    Thank you, Your Honor, for your consideration of this matter and I wish the Court and staff a happy and healthy new year.

Very truly yours,

Tanner & Ortega, L.L.P.

*Howard E. Tanner*
Howard E. Tanner